IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01065–CMA–KMT

GABRIEL TREJOS,

    Plaintiff,

v.

THE BOEING COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to Vacate and Reset Scheduling Conference" (# 11, filed June 12, 2009) is GRANTED. The Scheduling Conference set for August 3, 2009, is VACATED. The parties shall file a status report no later than July 31, 2009, to advise the court of the status of the pending motion to consolidate.

Dated: June 15, 2009